John T. Hickey, Jr., P.C. (*Pro Hac Vice*)
john.hickey@kirkland.com
Craig D. Leavell (*Pro Hac Vice*)
craig.leavell@kirkland.com
Tiffany P. Cunningham (*Pro Hac Vice*)
tiffany.cunningham@kirkland.com
Lydia E. Wahlke (*Pro Hac Vice*)
lydia.wahlke@kirkland.com
James W. Dejmek (*Pro Hac Vice*)
james.dejmek@kirkland.com
Alicia L. Frostick (*Pro Hac Vice*)
alicia.frostick@kirkland.com
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Philip T. Chen (State Bar No. 211777)
philip.chen@kirkland.com
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant/Counterclaimant DMAX Ltd.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| KRUSE TECHNOLOGY PARTNERSHIP,<br><br>　　Plaintiff/Counterdefendant,<br><br>　　v.<br><br>DMAX, LTD.<br><br>　　Defendant/Counterclaimant. | Civil Action No.<br>SACV09-458 JVS (RNBx)<br><br>**DECLARATION OF TIFFANY P. CUNNINGHAM RE OBJECTION TO THE MAGISTRATE'S NOVEMBER 16 ORDER (DOC. NO. 64) PURSUANT TO COURT ORDER OF JANUARY 4, 2010**<br><br>Date:　Pursuant to Court order of January 4, 2010<br>Time:　N/A<br>Room:　10C<br>Judge:　Judge James V. Selna |
| AND RELATED COUNTERCLAIMS | Discovery Cut-off:　TBD<br>Pretrial Conference:　TBD<br>Trial:　TBD |

I, Tiffany P. Cunningham, declare:

1. I am a partner in the law firm of Kirkland & Ellis, LLP and counsel of record for Defendant and Counterclaimant DMAX, Ltd. ("DMAX"). I am admitted *pro hac vice* to practice before this Court, and, unless otherwise stated, I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently thereto.

2. Pursuant to the Court's request made to me at the January 4, 2010 hearing regarding DMAX's OBJECTION TO THE MAGISTRATE'S NOVEMBER 16 ORDER (DOC. NO. 64), attached hereto as Exhibit A is a true and correct copy of a December 21, 2009 email from Mr. David Jankowski, counsel for Kruse Technology Partnership, to Mr. Erik Puknys, counsel for Caterpillar, Inc., with copies to counsel for the parties, including DMAX, Ltd. This email attaches earlier correspondence from Mr. Puknys dated December 11 and 19, 2009 and Docket Number 93.

3. I understand that Mr. Puknys's email dated December 19, 2009 refers to Kruse's filing at Docket No. 91.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of January, 2010, at Chicago, Illinois.

By: *[signature]*
Tiffany P. Cunningham

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Central District of California CM/ECF system on January 5, 2010.

/s/ Philip T. Chen
Philip T. Chen