John B. Sganga, Jr. (CSB # 116,211)
jsganga@kmob.com
Karen Vogel Weil (CSB # 145,066)
kweil@kmob.com
Jon W. Gurka (CSB # 187,964)
jgurka@kmob.com
David G. Jankowski (CSB # 205,634)
djankowski@kmob.com
Marko R. Zoretic (CSB # 233,952)
mzoretic@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone:  (949) 760-0404
Facsimile:   (949) 760-9502

Attorneys for Plaintiff/Counterdefendant
KRUSE TECHNOLOGY PARTNERSHIP

Philip T. Chen (CSB #211,777)
pchen@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California  90071
Telephone:  (213) 680-8341
Facsimile:   (213) 680-8500

John T. Hickey, Jr., P.C. (*Pro Hac Vice*)
jhickey@kirkland.com
Craig D. Leavell (*Pro Hac Vice*)
cleavell@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

Attorneys for Defendants/Counterclaimants
DMAX, LTD. and GENERAL MOTORS COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| KRUSE TECHNOLOGY PARTNERSHIP,<br>    Plaintiff/Counterdefendant,<br>    v.<br>DMAX, LTD.<br>    Defendant/Counterclaimant. | Civil Action No.<br>SACV09-458 JVS (RNBx)<br><br>Hon. James V. Selna<br><br>**STIPULATED VOLUNTARY DISMISSAL** |
| KRUSE TECHNOLOGY PARTNERSHIP,<br>    Plaintiff/Counterdefendant,<br>    v.<br>GENERAL MOTORS COMPANY,<br>    Defendant/Counterclaimant. | Civil Action No.<br>SACV09-4970 JVS (RNBx) |

Pursuant to stipulation among all parties and Federal Rule of Civil Procedure 41(a), Plaintiff Kruse Technology Partnership (i) voluntarily dismisses with prejudice all claims; and (ii) Defendants DMAX Ltd. and General Motors Company voluntarily dismiss without prejudice all counterclaims in *Kruse Technology Partnership v. DMAX Ltd.*, Civil Case No. SACV09-458 JVS (RNBx) and *Kruse Technology Partnership v. General Motors Company*, Civil Case No. SACV09-4970 JVS (RNBx).  All parties shall bear their own costs and attorney fees.  A Proposed Order is attached hereto.

Respectfully submitted,
KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  November 4, 2010       By: */s/ David G. Jankowski*
                                   John B. Sganga, Jr.
                                   Karen Vogel Weil
                                   Jon W. Gurka
                                   David G. Jankowski
                                   Marko R. Zoretic

                               Attorneys for Plaintiff/Counterdefendant
                               KRUSE TECHNOLOGY PARTNERSHIP

KIRKLAND & ELLIS LLP

Dated:  November 4, 2010       By: */s/ Tiffany P. Cunningham*
                                   *(with permission David G. Jankowski)*
                                   John T. Hickey, Jr., P.C.
                                   Brian D. Sieve, P.C.
                                   Craig D. Leavell
                                   Philip T. Chen
                                   Tiffany P. Cunningham

                               Attorneys for Defendants/Counterclaimants
                               DMAX, LTD., and GENERAL MOTORS COMPANY